R.J. REYNOLDS TOBACCO CO. v. N.C. DEP'T
    OF ENV'T & NATURAL RES.

No. 144P02

Case below: 149 N.C. App. 610

Motion by respondent for temporary stay denied 20 March 2002.

SCHOOLCRAFT ENTERS. INC. v. BRIGHT LIFE, L.L.C.

No. 97P02

Case below: 148 N.C. App. 215

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 April 2002.

STATE v. BEANE

No. 599A01

Case below: 146 N.C. App. 220

Motion by the Attorney general to dismiss the appeal for lack of substantial constitutional question allowed 4 April 2002.

STATE v. BYRD

No. 666P01

Case below: 146 N.C. App. 752

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 April 2002.

STATE v. CHAMBERS

No. 35A02

Case below: Rowan County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Rowan County, denied 4 April 2002.